IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LONNIE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-400-RAH |
| CARLA HOFFMAN, | ) |
| Defendant. | ) |

# **ORDER**

On August 22, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 7.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 7) is ADOPTED;

2. This case is DISMISSED due to lack of subject matter jurisdiction.

DONE, on this the 12th day of September 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE